**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS**

| | |
|---|---|
| **PROTECTIVE INSURANCE COMPANY** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| **v.** | ) No. _____ ) |
| **C&K TRUCKING LLC RONALD D. BLACK, and NORFOLK SOUTHERN RAILWAY COMPANY,** | ) ) ) ) |
| **Defendants.** | ) |

## DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Protective Insurance Company ("Protective"), certify to the best of my knowledge and belief:

Pursuant to its obligations under Federal Rule of Civil Procedure 7.1, Protective hereby discloses that it is a wholly owned subsidiary of Protective Insurance Corporation, a private company. Protective Insurance Corporation is a wholly owned subsidiary of Progressive Commercial Holdings, Inc., a private company, which, in turn, is a wholly owned subsidiary of The Progressive Corporation, which is a public company.

Respectfully submitted,

_s/Hannah J. Leifel_____
**PARKS T. CHASTAIN**
Registration No. 13744
DIRECT:  (615) 630-7717
(615) 256-8787, Ext. 114
pchastain@bkblaw.com
**HANNAH J. LEIFEL**
Registration No. 038632

PR C&K Trucking Thomas Corp Bus Disc 231003

DIRECT: (615) 630-7722
(615) 256-8787, Ext. 152
hleifel@bkblaw.com
Attorneys for Plaintiff, Protective Insurance Company

**BREWER, KRAUSE, BROOKS, CHASTAIN & MEISNER, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN  37228